# CASE ANNOUNCEMENTS

*March 10, 2008*

[Cite as *03/10/2008 Case Announcements*, 2008-Ohio-995.]

## MOTION AND PROCEDURAL RULINGS

**2007–0114. Cleveland Constr., Inc. v. Cincinnati.**
Hamilton App. No. C–050749, C–050779, and C–050888, 169 Ohio App.3d 627, 2006-Ohio-6452. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's motion for leave to file additional authority,

It is ordered by the court that the motion is granted. Appellant shall file its citation to the additional authority within 7 days of the date of this entry.

**2007–1819. Louden v. A.W. Chesterton Co.**
Cuyahoga App. No. 90184. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellants' motion for extension of time to transmit record,

It is ordered by the court that the motion is denied as moot.

**2007–2089. Stutes v. Harris.**
Greene App. No. 2007CA29. This cause is pending before the court as a discretionary appeal. On November 9, 2007, appellant filed a notice of pending motion to certify a conflict. Whereas appellant has not notified this court of the decision on the pending motion to certify a conflict,

It is ordered by the court, sua sponte, that appellant show cause within fourteen days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

## MISCELLANEOUS DISMISSALS

**2008–0020. State ex rel. Ahmed v. Solovan.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of respondents' motion to dismiss, and relator's motion to strike motion to dismiss, memo in support of jurisdiction of motion to dismiss and affidavit in support of motion to dismiss, and motion for leave to amend complaint,

It is ordered by the court that the motion to dismiss is granted, and the motions to strike and for leave to amend complaint are denied as moot.

Upon further consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2008–0268. State ex rel. Aliane v. Sheward.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

Upon consideration of relator's motion for sanctions,

It is ordered by the court that the motion is denied.